

**ATTORNEYS AT LAW**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___07/30/2021___

T 516-280-3008
F 516-706-4692
www.BellLG.com

VIA ECF
Hon. Andrew L. Carter
United States District Court for the
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

July 29, 2021

**MEMO ENDORSED**

      Re:     **Kristen Norwark v. Maazel, et al.**
                **Docket No.: 1:21-cv-02233-ALC**

Dear Judge Carter:

      This firm represents the Plaintiff Kristen Norwark in the above referenced matter. We write with Defendants' consent pursuant to the Court's Order dated July 15, 2021 (the "Order") to provide the Court with a status report as to the parties' efforts to revise their Settlement Agreement and submit a revised fairness motion consistent with the Order.

The parties are working diligently to meet and confer and revise the settlement agreement and fairness motion in a manner that we hope will satisfy this Court's concerns regarding the original agreement. However, due to deadlines in other matters and in order to provide sufficient time for client review and execution, we will need more time to finalize the revised agreement and motion. We therefore respectfully request, with the consent of Defendants' counsel, an additional two weeks—that is, until on or before August 13, 2021 – to submit the revised agreement and second motion for approval pursuant to <u>Cheeks v. Freeport Pancake House</u>. This is our first request for an extension of this deadline.

      Thank you.

                                                              Respectfully submitted,
                                                             _____/s/_____

                                                             Laura R. Reznick, Esq.

cc: All Parties by Electronic Service

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: July 30, 2021