```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KRISTEN NORWARK,

                            Plaintiff,

-against-

DIETLINDE MAAZEL, ET AL.,

                            Defendant.

21-cv-2233 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the Parties' revised settlement agreement. ECF No. 38-1. Having reviewed the settlement agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Accordingly, it is **ORDERED** that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the Parties.

**SO ORDERED.**

Dated:   January 14, 2022
            New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                         United States District Judge